UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                          Case No. 13-27176

Deborah L Hill

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/03/2013.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 09/18/2013.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 6.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| America S Financial Choice | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| Americredit | Unsecured | 10,345.00 | NA | NA | 0.00 | 0.00 |
| Bally | Unsecured | 1,555.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 1,306.00 | NA | NA | 0.00 | 0.00 |
| Bank Of New York Trust Co N.A. | Unsecured | 4,379.00 | NA | NA | 0.00 | 0.00 |
| Bank Of New York Trust Co N.A. | Unsecured | 2,779.00 | NA | NA | 0.00 | 0.00 |
| California Student Aid Commission | Unsecured | 9,100.00 | NA | NA | 0.00 | 0.00 |
| Cbc/crossing Pointe | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Central Furn | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Central Furn | Secured | NA | 2,270.72 | 2,270.72 | 0.00 | 0.00 |
| Central Furniture | Unsecured | 2,344.53 | NA | NA | 0.00 | 0.00 |
| Chase Jpmorgan Chase Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chase Jpmorgan Chase Bank | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Chicago Central Emerg Phys Ll | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 22,000.00 | 22,039.60 | 22,039.60 | 0.00 | 0.00 |
| Comcast | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| Comenity/Blair Cross Pointe | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 755.00 | 755.57 | 755.57 | 0.00 | 0.00 |
| Continental Finance Ll | Unsecured | 131.00 | NA | NA | 0.00 | 0.00 |
| Crandon Emergency Physicians | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 9,385.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 3,539.00 | NA | NA | 0.00 | 0.00 |
| Dept Of Ed/Sallie Mae | Unsecured | 3,356.00 | NA | NA | 0.00 | 0.00 |
| Duvra Billing | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 8,925.39 | NA | NA | 0.00 | 0.00 |
| Emergency Medical Specialst Ii | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Emergency Medical Specialst Sc | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Emp Of Chicago Llc | Unsecured | 442.00 | NA | NA | 0.00 | 0.00 |
| Fifth Third Bank | Unsecured | 989.00 | 989.06 | 989.06 | 0.00 | 0.00 |
| First Bk Of De/contine | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Firstbkde/cf | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Fncc/Legacy Visa | Unsecured | 567.00 | NA | NA | 0.00 | 0.00 |
| GALAXY ASSET PURCHASING LLC | Unsecured | 3,745.51 | 4,334.95 | 4,334.95 | 0.00 | 0.00 |
| Jefferson Capital System LLC | Unsecured | 883.47 | NA | NA | 0.00 | 0.00 |
| KAHUNA PAYMENT SOLUTIONS | Unsecured | 2,908.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 770.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 579.55 | NA | NA | 0.00 | 0.00 |
| Mercy Family Health Center | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| Mercy Physician Billing | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | 394.00 | 394.94 | 394.94 | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 480.00 | 480.00 | 0.00 | 0.00 |
| MOMA FUNDING LLC | Unsecured | NA | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| MONROE AND MAIN | Unsecured | 352.30 | NA | NA | 0.00 | 0.00 |
| National Quick Cash | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| PALISADES | Unsecured | 538.35 | 538.35 | 538.35 | 0.00 | 0.00 |
| Pathology Consultants Of Chicago | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Of Chicago | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Of Chicago | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 160.00 | 549.03 | 549.03 | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| PRC ACQUISITIONS V LLC | Unsecured | 1,094.00 | 1,042.23 | 1,042.23 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 520.00 | NA | NA | 0.00 | 0.00 |
| QC FINANCIAL SERVICES INC | Unsecured | 514.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GRP | Unsecured | NA | 1,021.56 | 1,021.56 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 90.00 | 90.04 | 90.04 | 0.00 | 0.00 |
| Roseland Community Hospital | Unsecured | 315.00 | NA | NA | 0.00 | 0.00 |
| Roundup Funding | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM EDUCATION CREDIT FIN CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SLM EDUCATION CREDIT FIN CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Soto Investment Group Inc | Unsecured | 2,042.00 | 2,042.00 | 2,042.00 | 0.00 | 0.00 |
| South Shore Hospital | Unsecured | 857.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 862.68 | 370.95 | 370.95 | 0.00 | 0.00 |
| STATE OF ILLINOIS | Unsecured | 449.50 | NA | NA | 0.00 | 0.00 |
| Tcf National Bank | Unsecured | 1,349.00 | NA | NA | 0.00 | 0.00 |
| Tmobile | Unsecured | 1,561.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile Usa | Unsecured | 1,138.00 | NA | NA | 0.00 | 0.00 |
| Tronix Cntry | Unsecured | 1,227.00 | 1,227.33 | 1,227.33 | 0.00 | 0.00 |
| Us Cellular / Chicago | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Us Dept Of Education | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 1,612.00 | 1,581.46 | 1,581.46 | 0.00 | 0.00 |
| Washington Mutual | Unsecured | 388.63 | NA | NA | 0.00 | 0.00 |
| Wow Internet And Cable Service | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| Wow Internet And Cable Service | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $2,270.72 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,270.72** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$38,957.07** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/30/2013                    By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**